INC., Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of PHILIP LeFEVRE, Respondent, for Benefits under the Workmen's Compensation Law, v. FLINN-O'ROURKE COMPANY, INC., Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE WORKMEN'S COMPENSATION COMMISSION, Respondent. In the Matter of the Claim of ELIZABETH W. CHASE, Mother, and JESSIE RAMSAY, Grandmother, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of LESLIE R. CHASE, v. FAIRBANKS-MORSE AND COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of TOMMASO BIANCO, Claimant, Respondent, for Compensation to Himself, under the Workmen's Compensation Law, for the Death of LUIGI BIANCO, v. DIANA PAPER COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Employer and Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by FREDERICKA HAWTHORNE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

ANNA MANNING, Respondent, v. ELLEN CALLAHAN, Individually, and as Administratrix, etc., Appellant, and Others, Respondents.— Judgment and order unanimously affirmed, with costs.   Decision amended so as to read as follows: Judgments and orders unanimously affirmed, with costs against the appellant personally to each of the respondents who appeared and filed briefs.

MERCHANTS' LINE, Appellant, v. WALSH CONSTRUCTION COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Pursuant to Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9 of Chapter 314 of the Laws of 1906. DAMAGE COMMISSION No. 4.   BROWN & SLOSSON, Appellants;   HARRY COOKE and Others, Claimants, Respondents.— Order reversed, with ten dollars costs and disbursements to the appellants, on opinion in *Matter of Board of Water Supply [Bell]* (179 App. Div. 877), decided herewith.   All concurred.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Pursuant to Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906.   DAMAGE COMMISSION No. 4.   BROWN & SLOSSON, Appellants; CLAIR BARNES and Others, Claimants, Respondents.— Order reversed, with ten dollars costs and disbursements to the appellants, on opinion in *Matter of Board of Water Supply [Bell]* (179 App. Div. 877), decided herewith.   All concurred.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE